IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA,  )
                           )
          Plaintiff,       )
                           )
     v.                    )          1:14MC42
                           )
GARY IVAN TERRY,           )
                           )
          Defendant.       )

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on April 4, 2016, was served on the parties in this action. (Doc. 35, 36.) Defendant objected to the Recommendation. (Doc. 37.) Objections are limited to 20 pages. L.R. 72.4. Thus, the court will consider only the first 20 pages of Defendant's objections. The Government filed a response. (Doc. 38.) There is no right of reply, so the Defendant's reply will not be considered because it is filed without authority. See L.R. 72.4. Moreover, even if it were allowed, it grossly exceeds the page limits for objections. L.R. 72.4.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination, which is in accord with the Magistrate

Judge's report.  The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Defendant's Motion for a Temporary Restraining Order, for Preliminary Injunction, and for Declaratory Judgment (Doc. 8) be DENIED.

                                    /s/    Thomas D. Schroeder
                                  United States District Judge

September 8, 2016

2

Case 1:14-mc-00042-TDS-JLW   Document 42   Filed 09/08/16   Page 2 of 2